UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE NONJUDICIAL CIVIL FORFEITURE  :
PROCEEDINGS AGAINST VARIOUS
ASSETS SEIZED BY THE UNITED STATES  :
DRUG ENFORCEMENT ADMINISTRATION    x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 

**ORDER**

23 Misc. 473 (LJL)

The United States of America moves to extend the deadline to initiate a civil or criminal forfeiture proceeding against certain properties identified in Exhibit A to this Order. Further, the United States has provided a stipulation from individuals who filed administrative claims to the properties and has shown that those administrative claimants have no objection to the requested extension of time. The United States has also shown good cause for the requested extension. Based on the United States' agreement with the administrative claimants and its showing of good cause, the motion is granted. The deadline for the United States to commence a judicial forfeiture action against each property item identified in Exhibit A is extended to and through February 29, 2024.

It is so ordered this __15__ day of December 2023.

_____
HONORABLE
United States District Judge