UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

IN RE NONJUDICIAL CIVIL FORFEITURE  :
PROCEEDINGS AGAINST VARIOUS
ASSETS SEIZED BY THE UNITED STATES  :
DRUG ENFORCEMENT ADMINISTRATION

                                    :

------------------------------------ x

**ORDER**

23 Misc. 473 (LJL)

The United States of America moves to extend the deadline to initiate a civil or criminal forfeiture proceeding against certain assets identified in Exhibit 1 to this Order. Further, the United States has provided a stipulation from individuals who filed administrative claims to the properties and has shown that those Administrative Claimants have no objection to the requested extension of time. The United States has also shown good cause for the requested extension. Based on the United States' agreements with the Administrative Claimants and its showing of good cause, the motion is granted. The deadline for the United States to commence a judicial forfeiture action against the specific assets identified in Exhibit 1 is extended to and through February 28, 2025.

It is so ordered this   3   day of December, 2024.

HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

# EXHIBIT 1

**SDNY Assets Subject to Extension of CAFRA Deadline by Miller Claimants - Extension #6**

| AIN | Asset |
|---|---|
| 23-DEA-697378 | $501,997.56 U.S. Currency |
| 23-DEA-703367 | $99,995.00 U.S. Currency |
| 23-DEA-703369 | $3,795.00 U.S. Currency |
| 23-DEA-705247 | $154,915.00 U.S. Currency |
| 23-DEA-705498 | $785,207.00 U.S. Currency |
| 23-DEA-706294 | $373,928.00 U.S. Currency |
| 23-DEA-706295 | $48,430.00 U.S. Currency |
| 23-DEA-706296 | $150,000.25 U.S. Currency |
| 23-DEA-706634 | $190,000 U.S. Currency |
| 24-DEA-706814 | $99,810 U.S. Currency |
| 24-DEA-707142 | $122,690.00 U.S. Currency |
| 24-DEA-707143 | $53,000.00 U.S. Currency |